General American Steel and Tube Company, Inc., Appellant, v. American Electric Fusion Corporation, Appellee.

Gen. No. 42,912.

opinion filed May 29, 1944. Maxwell Landis, for appellant; Howard A. Brundage and Kirk-

land, Fleming, Green, Martin & Ellis, for appellee; Thomas B. Martineau and George E. Kanary, of counsel. Opinion by JUSTICE MATCHETT. Not to be published in full.